**Order entered October 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00709-CV

## IN THE INTEREST OF I.S., ET AL., CHILDREN

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-14-10695

## ORDER

This appeal from a decree of termination of parental rights was filed by Mother, who also appealed a companion termination case docketed appellate cause number 05-19-00711-CV. Subsequently, the father of the children in the companion case appealed. Father's notice of appeal was filed in both this cause and cause number 05-19-00711-CV. Because Father's appeal is limited to the companion case, we **STRIKE** from this cause Father's notice of appeal. Mother is the sole appellant in this cause.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE